UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| D.C. o/b/o T.C. and D.C.<br><br>Appellants,<br><br>v.<br><br>Mt. Olive Township Board of Education,<br><br>Appellee | No. 14-2085 |

**STIPULATION OF DISMISSAL
PURSUANT TO F.R.A.P. 42(B)**

Pursuant to the settlement agreement reached through the Court's Appellate Mediation Program, it is hereby stipulated and agreed by and between the parties that the above-captioned matter is **DISMISSED** pursuant to F.R.A.P. Rule 42(b) with prejudice and without costs against any party.

DATED: 9/15/14

_____
*Counsel for Appellant*
Jenna Statfeld Harris
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
jharris@paulweiss.com

_____
*Counsel for Appellee*
Robin S. Ballard
SCHENCK, PRICE, SMITH & KING
220 Park Avenue
P.O. Box 991
Florham Park, NJ 07932
(973) 631-7844
rsb@spsk.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeal for the Third Circuit by using the CM/ECF system. I further certify that CM/ECF will send a notice of electronic filing to the following counsel of record:

Robin S. Ballard                                rsb@spsk.com
Schenck, Price, Smith & King, LLP
220 Park Avenue
P.O. Box 991
Florham Park, New Jersey 07932

John D. McCarthy                                jdm@spsk.com
Schenck, Price, Smith & King, LLP
220 Park Avenue
P.O. Box 991
Florham Park, New Jersey 07932

*Attorneys for Mount Olive Township Board of Education*

Dated: New York, New York                By:      /s/ Jenna Statfeld Harris
       September 17, 2014                         Jenna Statfeld Harris

                                         *Counsel for D.C. o/b/o T.C. and D.C.*