# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-2085

D. C. v. Mount Olive Board of Education

(Originating Court No. 2-12-cv-05592)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

Marcia M. Waldron, Clerk

Dated: September 18, 2014

cc: Robin S. Ballard Esq.
Jenna S. Harris Esq.

**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.